IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Broderick A. Williams, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: 8:09-3331-TLW-BHH |
| F.M. and S.N.S., | ) |
| Defendants. | ) |

# ORDER

The plaintiff, Broderick A. Williams ("plaintiff"), proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983 on December 30, 2009. (Doc. #1). The case was referred to United States Magistrate Judge Bruce H. Hendricks pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(d), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #12). In the Report, the Magistrate Judge recommends that the complaint in this action be dismissed without prejudice and without issuance and service of process. (Doc. #12). No objections were filed to the Report. Objections were due on February 19, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v.

Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. The Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #12). For the reasons articulated by the Magistrate Judge, the complaint in this action is hereby **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

                                                 s/Terry L. Wooten
                                            United States District Judge

March 19, 2010
Florence, South Carolina